UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* SAAD TRADING, INC., et al.

Case No. 26-mc-50618

Honorable Robert J. White

**ORDER GRANTING APPLICATION/INITIATING MOTION**

This action arises from a trademark opposition proceeding before the Trademark Trial and Appeal Board ("TTAB"), in which Cedar Garden Food Import and Export, Inc. (Cedar Garden) opposes Global Foods S.A.L.'s application to register a trademark for a "CedarLand" logo. Before the Court is Cedar Garden's application/initiating motion to issue third-party subpoenas for testimony and document production from two corporate entities and two individuals. (ECF No. 1).

Section 24 of title 35 of the U.S. Code provides that "[t]he clerk of any United States court for the district wherein testimony is to be taken for use in any contested case in the Patent and Trademark Office, shall, upon the application of any party thereto, issue a subpoena for any witness residing or being within such district, commanding him to appear and testify . . . ." 35 U.S.C. § 24. "The provisions of the Federal Rules of Civil Procedure relating to the attendance of witnesses and to the

production of documents and things shall apply to contested cases in the Patent and Trademark Office." *Id.*

Here, Cedar Garden seeks testimony and documents (1) from witnesses residing in this District and (2) for use in a contested case as contemplated by 35 U.S.C. § 24. Moreover, under Rule 45 of the Federal Rules of Civil Procedure, the Court can issue third-party subpoenas. With a Rule 45 subpoena, parties may command a third-party to produce documents or attend a deposition. Fed. R. Civ. P. 45(a)(1).

Under the circumstances and based upon the authority set forth above, the attorney is directed to present completed subpoenas to the Clerk's Office for issuance. The Court directs the court clerk to issue the various subpoenas.

SO ORDERED.

Dated: September 2, 2026

s/Robert J. White
Robert J. White
United States District Judge